IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

      Plaintiff,                    No. CIV S-10-2132 GGH P

   vs.

STEPHEN MAYBERG, et al.,

      Defendant.                 ORDER

_____/

      It has come to the court's attention that this matter may benefit from a settlement conference. Both the state defendants and the county defendants have filed their separate answers to the first amended complaint. Before a settlement conference will be set all parties are to inform the court, within fourteen days, whether they are amenable to settlement negotiations and, if so, whether they are willing to waive disqualification of the undersigned judge to preside over the settlement conference.

      IT IS SO ORDERED.

DATED: May 15, 2012

                                /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:009
luce2132.ord