IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

     Plaintiff,                     No. CIV S-10-2132 LKK GGH P

   vs.

STEPHEN MAYBERG, et al.,

     Defendant.               <u>ORDER</u>

_____/

        Plaintiff has filed a notice (<u>see</u> docket # 46, filed on May 24, 2012) indicating he has not been served with the answer filed on behalf of the county defendants in this action. Counsel for the county defendants is hereby directed to re-serve the answer, filed at docket # 37 on April 30, 2012, by mail upon plaintiff within seven days.

        IT IS SO ORDERED.

DATED: May 31, 2012

                                  <u>/s/ Gregory G. Hollows</u>
                            UNITED STATES MAGISTRATE JUDGE

GGH:009
luce2132.ord2