IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

        Plaintiff,                      No. CIV S-10-2132 LKK GGH P

    vs.

STEPHEN MAYBERG, et al.,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff, committed to a state mental hospital, pursuant to Cal. Penal Code § 1026, having been found not guilty by reason of insanity in a criminal case, is proceeding pro se in a civil rights action. Plaintiff has filed a motion for a temporary restraining order/preliminary injunction, asking the court to order, inter alia, his transfer to another state hospital based on his allegations that defendants at Atascadero State Hospital and the state Department of Mental Health (or, apparently, successors to named defendants) are acting in retaliation against him in a variety of ways at Atascadero State Hospital for having filed the instant action. The court has reviewed the motion and finds that, while plaintiff has included a number of exhibits in support of his motion, on the face of it, they are insufficient to adequately substantiate his claims of retaliation. In any event, the court is in the process of setting a settlement conference in this matter per the parties' – at least at this point, the state defendants' and plaintiff pro se's –

1

representation that they are amenable to participating in such a conference. In light of the settlement conference to be set in the very near future, the court will vacate plaintiff's motion without prejudice to its being re-noticed should the parties be unable to reach agreement.

Accordingly, IT IS ORDERED that plaintiff's June 4, 2012 (docket # 48), motion for a TRO/preliminary injunctive relief be vacated without prejudice.

DATED: June 6, 2012

                               /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

GGH:009
luce2132.vac