### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

        Plaintiff,                No. CIV S-10-2132 LKK GGH P

  vs.

STEPHEN MAYBERG, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Ronald J. Lucero, # 052130-2, committed pursuant to Cal. Pen. Code § 1026, a necessary and material witness in proceedings in this case on September 18, 2012, is confined in Atascadero State Hospital, 10333 El Camino Real, Atascadero, California, 93422, in the custody of the Director; in order to secure this committed individual's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce Ronald J. Lucero before Joe Ramsey, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #2 on Tuesday, September 18, 2012 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the committed person named above to participate by video conference in a mediation at the time and place above, until completion of the mediation; and

        2.  The custodian is ordered to notify the court of any change in custody of this committed individual and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Atascadero State Hospital, P. O. Box 7001, Atascadero, California, 93423:**

        **WE COMMAND** you to produce the committed individual named above to testify before Joe Ramsey by video conference at the time and place above, until completion of the mediation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the committed person and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 21, 2012

                                            /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE