Kamala D. Harris, State Bar No. 146672
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Supervising Deputy Attorney General
David A. Carrasco, State Bar No. 160460
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1938
 Fax: (916) 324-5205
 E-mail: David.Carrasco@doj.ca.gov

*Attorneys for Defendants Benchman, DeMorales, Griffith, Holt, Knapp, Mayberg, Mills, Radavsky, State of California, Vazquez, and Walker*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD J. LUCERO,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**STEPHEN MAYBERG, et al.,**<br><br>                                    Defendants. | Case No. 2:10-cv-2132 LKK GGH P<br><br>**ORDER MODIFYING SCHEDULE** |

Defendants' motion to vacate the discovery and dispositive-motion deadlines, and reset them, if necessary, after the mediation conference that is scheduled for September 18, 2012, was considered by this Court, and good cause appearing,

IT IS ORDERED that the deadlines for completing discovery and filing dispositive motions shall be vacated and reset, if necessary, after the parties conclude their mediation conference.

Defendants shall report the outcome of the mediation conference to the court forthwith after the completion of the conference.

/////

Dated: July 5, 2012            /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Luce2132.mod