IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

    Plaintiff,

    v.        No. 2:10-cv-2132 LKK GGH P

STEPHEN MAYBERG, et al.,

    Defendants.
_____/

RONALD J. LUCERO,

    Plaintiff,

    v.       No. 2:12-cv-0146 CKD P

GARY STANTON, et al.,

    Defendants.    RELATED CASE ORDER
_____/

    The court has received plaintiff's Notice of Related Cases. Examination of the above-entitled actions reveals that Lucero v. Mayberg, No. 2:10-cv-2132 LKK GGH P and Lucero v. Stanton, No. 2-12-cv-0146 CKD P are related within the meaning of E.D. Local Rule 123(a). The actions involve the same plaintiff, and are based on the same or similar claims, and similar

\\\\\

\\\\\

1

questions of fact and the same question of law.[1]  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated <u>Lucero v. Stanton</u>, No. 2-12-cv-0146 CKD P be reassigned to Judge Lawrence K. Karlton and Magistrate Judge Gregory G. Hollows for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Lucero v. Stanton</u>, No. 2-12-cv-0146 LKK GGH P.  The dates currently set in this reassigned case are VACATED.  Orders will issue subsequently in both cases which shall coordinate proceedings to the fullest extent possible.

The settlement conference in <u>Lucero v. Mayberg</u>, No. 2:10-cv-2132 LKK GGH P, set for December 5, 2012, before the undersigned is hereby VACATED, as this court will not address these now-related actions on a piecemeal basis.  The writ of habeas corpus testificandum for plaintiff to appear for the now-vacated December 5th settlement conference is also VACATED.  All parties in both actions must contact the court's Alternative Dispute Resolution Coordinator, Sujean Park, phone number (916) 930-4278, within twenty-one days, to coordinate a settlement conference date to include the parties in both cases.

IT IS FURTHER ORDERED that the Clerk of the Court:

1.  Serve a copy of this order VACATING, inter alia, the <u>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>, filed on October 9, 2012, upon the Director, Atascadero State Hospital, P. O. Box 7001, Atascadero, California, 93423; and

---

[1]Although there are different defendants in the two cases, the undersigned believes that sufficient efficiency is acquired by relating the two cases due to the identity of issues.

2. Make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: November 9, 2012

/s/ Gregory G. Hollows  
UNITED STATES MAGISTRATE JUDGE

GGH:009  
luce2132.rel+