1  Douglas C. Smith, Esq. (State Bar No. 160013)
   dsmith@smitlaw.com
2  Nathan A. Perea, Esq. (State Bar No. 235791)
   nperea@smitlaw.com
3  **SMITH LAW OFFICES, APC**
   4204 Riverwalk Parkway, Suite 250
4  Riverside, California 92505
   Telephone: (951) 509-1355
5  Facsimile:  (951) 509-1356

6  Attorneys for Defendant
   COUNTY OF SAN LUIS OBISPO
7

8

9                UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

11

12 | RONALD JAMES LUCERO,              ) | CASE NO.: 2:10-CV-02132-LKK-AC
13 |            Plaintiff,             ) | [Assigned to U.S. Magistrate Judge Allison Claire]
14 |     vs.                           ) |
15 | STEPHEN MAYBERG, CYNTHIA          ) | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**
   | RADAVSKY, MATTHEW CATE,           ) |
16 | STATE OF CALIFORNIA, ARNOLD       ) |
   | SCHWARZENEGGER, JON               ) |
17 | DEMORALES, ROBERT KNAPP,          ) |
   | CRAIG GRIFFITH, ALAN              ) |
18 | BENCHMAN, EARL MILLS, LARRY       ) |
   | HOLT, COUNTY OF SAN LUIS          ) | *Complaint Filed 8/10/10*
19 | OBISPO, PATRICK HEDGES,           ) |
   | ROBERT THOMPSON, KELLY            ) |
20 | KENITZ, PAT VAZQUEZ, JAMES        ) |
   | WALKER, DOES 1 - 10,              ) |
21 |                                   ) |
   |            Defendants.            ) |
22 | _____   ) |
23 | RONALD J. LUCERO                  ) | CASE NO.: CV 12-0146 LKK GGH
24 |            Plaintiff,             ) |
25 |     vs.                           ) |
26 | GARY STANTON, et al.              ) |
27 | _____   ) |

28 ///

luce2132.sub.wpd                              1
**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

1  The Court hereby orders that the request of Defendant, COUNTY OF SAN LUIS OBISPO, to substitute Douglas C. Smith, Esq. (SBN 160013) of The Smith Law Offices, APC, 4204 Riverwalk Parkway, Suite 250, Riverside, CA 92505; (951) 509-1355, who is Retained Counsel as attorney of record in place and stead of Douglas C. Smith, Esq. of Smith Mitchellweiler, LLP is hereby GRANTED.

DATED: November 26, 2012

_____/s/_____
ALLISON CLAIRE
UNITED STATE MAGISTRATE JUDGE

/009:luce2132.sub