IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

    Plaintiff,

    v.                                  No. 2:10-cv-2132 LKK AC P

STEPHEN MAYBERG, et al.,

    Defendants.
                            /

RONALD J. LUCERO,

    Plaintiff,

    v.                                  No. 2:12-cv-0146 LKK AC P

GARY STANTON, et al.,

    Defendants.               <u>ORDER</u>
                             /

        On November 8, 2012, in <u>Lucero v. Stanton</u>, No. 2:12-cv-0146 CKD P, plaintiff filed a motion to quash defendants' subpoena to Atascadero State Hospital (ASH) to produce plaintiff's medical and mental health files.  By order filed on November 9, 2012, <u>Lucero v. Stanton</u>, No. 2:12-cv-0146 CKD P, was related to <u>Lucero v. Mayberg</u>, No. 2:10-cv-2132 LKK GGH P, and <u>Lucero v. Stanton</u> was henceforth to be identified as Case No. 2:12-cv-0146 LKK

1

1  GGH P.  Thereafter, on November 19, 2012 and November 20, 2012, both of these related cases
2  were re-assigned from Magistrate Judge Hollows to Magistrate Judge Claire.  Previously set
3  discovery deadlines were vacated, and the related cases were ordered to a settlement conference.
4  On November 26, 2012, in their opposition to plaintiff's motion to quash the third-party
5  subpoena, counsel for defendants Stanton et al. advised the court that the subpoena at issue has
6  been withdrawn in light of these developments.   Hence, plaintiff's motion has been rendered
7  moot.

8        Accordingly, IT IS ORDERED that plaintiff's November 8, 2012 motion to quash
9  defendants' subpoena for plaintiff's medical records in Case No. 2:12-cv-0146 (Doc. No. 13) is
10 DENIED as moot.
11 DATED:  December 6, 2012.

                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE

AC:009
luce0146.ord