# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. LUCERO, | No. 2:10-cv-2132 LKK AC P |
| Plaintiff, | |
| vs. | |
| STEPHEN MAYBERG, et al., | |
| Defendants. / | |

| | |
|---|---|
| RONALD J. LUCERO, | No. 2:12-cv-0146 LKK AC P |
| Plaintiff, | |
| vs. | |
| GARY STANTON, et al., | |
| Defendants. / | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Ronald J. Lucero, civil detainee # 052130-2, a necessary and material witness in proceedings in these related cases on March 27, 2013, is confined in Atascadero State Hospital, 10333 El Camino Real, Atascadero, California, 93422, in the custody of the Director; in order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Gregory G. Hollows, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #9 on Wednesday, March 27, 2013 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the detainee named above to participate by video conference in a settlement conference at the time and place above, until completion of the settlement conference; and

2.  The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Atascadero State Hospital, P. O. Box 7001, Atascadero, California, 93423:**

**WE COMMAND** you to produce the detainee named above to testify before Judge Hollows by video conference at the time and place above, until completion of the settlement conference.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 10, 2012.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/sp/luce2132.841(c)