IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

    Plaintiff,

    v.     No. 2:10-cv-2132 LKK AC P

STEPHEN MAYBERG, et al.,

    Defendants.
_____/

RONALD J. LUCERO,

    Plaintiff,

    v.     No. 2:12-cv-0146 LKK AC P

GARY STANTON, et al.,

    Defendants.     ORDER
_____/

    In these related cases, currently set for a settlement conference before the Honorable Gregory G. Hollows on March 27, 2013, plaintiff filed a motion on January 24, 2013 for a temporary restraining order/preliminary injunction relief with respect to the defendants in Lucero v. Stanton, No. 2-12-cv-0146 LKK AC P (ECF No. 21). Before considering the motion, the court will provide defendants an opportunity to respond. Therefore, defendants in Case No. 2-

1

12-cv-0146 LKK AC P are directed to file their response to the motion within fourteen days, after which plaintiff will have fourteen days to file any reply. The motion will be deemed submitted following the expiration of time for plaintiff to file a reply.

       IT IS SO ORDERED.

DATED: 1/25/13

*/s/ Allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
luce0146.ord2

2