IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

    Plaintiff,                    No.  2:10-cv-2132 LKK AC P

    vs.

STEPHEN MAYBERG, et al.,

    Defendants.
_____/

RONALD J. LUCERO,

    Plaintiff,                    No.  2:12-cv-0146 LKK AC P

    vs.

GARY STANTON, et al.,

    Defendants.           <u>ORDER</u>
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed these civil rights actions seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 27, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any

1

objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2013, are adopted in full; and

2. Plaintiff's motion for a temporary restraining order or preliminary injunction in Case No. 2:12-cv-0146 (ECF No. 21) is denied.

DATED: April 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT