UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. LUCERO,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHEN MAYBERG, et al.,<br><br>  Defendants. | No.  2:10-cv-2132 LKK AC P<br><br><br><br>ORDER |

The parties have stipulated to dismissal with prejudice of this entire action.  ECF No. 95. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the action is dismissed.

Accordingly, the Clerk of Court shall close this case.

DATED: January 15, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE